Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorney for Integrity Solution Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY GREGORY,<br><br>　　　　Plaintiff,<br>vs.<br><br>INTEGRITY SOLUTION SERVICES, INC.; and DOES 1 to 20, INCLUSIVE,<br><br>　　　　Defendant. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Integrity Solution Services, Inc. ("Integrity") hereby removes to this Court the state court action described below.

1.　This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this

Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.*

2. On or about July 24, 2014 the action was commenced in the Superior Court of the State of California, County of Riverside, entitled, *Betty Gregory v. Integrity Solution Services, Inc. and Does 1 to 20, Inclusive*, Case No. SWC 1402273 (the "State Court Action"). A copy of the Plaintiff's Summons and First Amended Complaint is attached hereto as Exhibit A.

3. The date upon which Integrity first received a copy of the said First Amended Complaint was August 5, 2014, when Integrity's agent for service of process was served with a copy of the First Amended Complaint. Thus, pursuant to 28 U.S.C. § 1446(b), Integrity has timely filed this Notice of Removal.

4. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5. The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending 28 U.S.C. § 1441(a).

///

///

6.  Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 9/4/14                     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  /s/Damian P. Richard
                                  Damian P. Richard
                                  Attorney for Defendant
                                  Integrity Solution Services, Inc.

CASE NAME: Betty Gregory v. Integrity Solution Services, Inc. et al.
CASE NO:

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

( x )   BY U.S. MAIL

   I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

(  )   BY FACSIMILIE MACHINE

   I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed.

(  )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

   I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Todd Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
324 South Beverly Dr. #725
Beverly Hills, CA 90212

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 4, 2014

Ann M. Coito