Todd M. Friedman (SBN 216752)
Arvin Ratanavongse (257619)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Drive, Suite 725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Aratanavongse@toddflaw.com
Attorneys for Plaintiff BETTY GREGORY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY GREGORY, | ) Case No. 5:14-cv-01827-JGB-DTB |
| | ) |
| | ) **NOTICE OF SETTLEMENT** |
| Plaintiff, | ) |
| vs. | ) |
| INTEGRITY SOLUTION SERVICES, INC.; and DOES 1 to 20, INCLUSIVE, | ) ) ) |
| Defendant. | ) ) |
| _____ | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 1st day of April, 2015.

By: /s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 1st day of April, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jesus G. Bernal
United States District Court
Central District of California

**Arvin Ratanavongse**
The Law Offices of Todd M Friedman PC
Email: aratanavongse@toddflaw.com
*Attorney for Plaintiff*

**Debbie P Kirkpatrick**
Sessions Fishman Nathan and Israel LLP
Email: dkirkpatrick@sessions-law.biz

**Damian P Richard**
Sessions Fishman Nathan and Israel LLP
Email: drichard@sessions-law.biz
*Attorney for Defendant*

This 1st day of April, 2015.

/s/Todd M. Friedman
Todd M. Friedman